# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-0780
Lower Tribunal No. 2024-DP-000114

———————————————

In the Interest of W.S., a child.

H.H.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

———————————————

Appeal from the Circuit Court for Osceola County.
Tom Young, Judge.

September 24, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and SMITH, JJ., concur.


H. Kyle Fletcher, Jr., of Fletcher Law Firm, Oviedo, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Appellate Division, of Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Guardian ad Litem.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED